AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tyler Henson<br><br>*Defendant* | Case: 1:24-mj-00187<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 5/28/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Tyler Henson__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building; and
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building.

Date: __05/28/2024__

*Issuing officer's signature*

City and state:   __Washington, D.C.__       __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __05/28/2024__, and the person was arrested on *(date)* __05/30/2024__
at *(city and state)* __York, PA__.

Date: __05/30/2024__

*Arresting officer's signature*

Alexis Equino - SA FBI
*Printed name and title*